IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Boone, Jennifer I | Case Number: 08 B 00001 |
|---|---|
|  | Judge: Hollis, Pamela S |
| Printed: 02/24/09 | Filed: 1/1/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: November 24, 2008
Confirmed: March 3, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,699.34 |  |
| Secured: |  | 1,612.89 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,481.50 |
| Trustee Fee: |  | 341.72 |
| Other Funds: |  | 263.23 |
| Totals: | 5,699.34 | 5,699.34 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,481.50 | 3,481.50 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 402.00 | 80.00 |
| 4. | City Of Chicago | Secured | 126.00 | 80.01 |
| 5. | Wells Fargo Auto Finance | Secured | 14,113.22 | 1,375.00 |
| 6. | Ocwen Federal Bank FSB | Secured | 7,142.58 | 77.88 |
| 7. | Americredit Financial Ser Inc | Unsecured | 1,796.60 | 0.00 |
| 8. | T Mobile USA | Unsecured | 32.31 | 0.00 |
| 9. | Target National Bank | Unsecured | 27.82 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 76.77 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 815.69 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 48.00 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 360.69 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 59.97 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 100.27 | 0.00 |
| 16. | Cook County Treasurer | Unsecured | 41.35 | 0.00 |
| 17. | Allied Interstate | Unsecured |  | No Claim Filed |
| 18. | BP Oil Co | Unsecured |  | No Claim Filed |
| 19. | MCYDSNB | Unsecured |  | No Claim Filed |
| 20. | Medical Collections | Unsecured |  | No Claim Filed |
| 21. | Medical | Unsecured |  | No Claim Filed |
|  |  |  | $ 28,624.77 | $ 5,094.39 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Boone, Jennifer I | Case Number: 08 B 00001 |
| | Judge: Hollis, Pamela S |
| Printed: 02/24/09 | Filed: 1/1/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 63.34 |
| 6.5% | 197.17 |
| 6.6% | 81.21 |
| | $ 341.72 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*